David CIANCANELLI, Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, Respondent.

No. 05–3154.

United States Court of Appeals,
Federal Circuit.

June 8, 2005.

ORDER

Order Vacated, See 2005 WL 1654994.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

John R. O'DONNELL, and Carol
A. O'Donnell, Plaintiffs–
Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5041.

United States Court of Appeals,
Federal Circuit.

June 8, 2005.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.